IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR479** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MARTIN MARQUEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This motion is before the Court on the Defendant's motion for an extension of time to answer (Filing No. 155).

IT IS ORDERED:

1. The Defendant's motion for an extension of time to file a response (Filing No. 155) is granted;

2. The Defendant must file its response on or before September 15, 2011; and

3. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

DATED this 22nd day of July, 2011.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge